Carlos Antonio Diaz #321103
Name and Prisoner/Booking Number

A.S.P. - Yuma / La Paz unit
Place of Confinement

~~3250 W. Lower Buckeye Road~~ P.O. Box 8909
Mailing Address

~~Phoenix, Arizona 85009~~ San Luis AZ 85349
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑   LODGED ___
RECEIVED ___   COPY ___

JUN 1 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Carlos Antonio Diaz,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Paul Penzone as Sherriff,
(Full Name of Defendant)

(2) Maricopa County,

(3) Durango Jail,

(4) _____,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-18-01838-PHX-DLR--BSB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

( Jury Trial Demanded )

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Durango Jail, Phoenix Arizona

**550/555**

**B.   DEFENDANTS**

1.   Name of first Defendant: _Paul Penzone_. The first Defendant is employed
as: _Sherriff_ at _Durango Jail_.
      (Position and Title)                    (Institution)

2.   Name of second Defendant: _Maricopa County_ The second Defendant is employed as:
as: _The County of Maricopa_ at _Durango Jail_
      (Position and Title)                    (Institution)

3.   Name of third Defendant: _Durango Jail_. The third Defendant is employed
as: _Jail in Maricopa County_ at _Durango Jail in Phoenix AZ._
      (Position and Title)                    (Institution)

4.   Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____
      (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.   If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: US. Constitution 14th Amendment, due process of the law on pre-trial and sentencing detainees.

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☒ Threat to safety     ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Paul Penzone because he was the sherriff of the time of the offense, Durango Jail is responsible because it is the institution where the incident occured and Maricopa County is responsible the sherriff of Maricopa County and Durango Jail is in Maricopa County. All three acted with malice, negligence and disregard when placing the plaintiff in a condamned Jail with mold and pests and inhumane living conditions. The defendants knew the risk and long term harm they were imposing on the plaintiff when placing the plaintiff in an overcrowded, unsanitary, and poor plumbing conditions, causing the plaintiff to be sick constantly, stressed out, violent coughing and severe breathing problems. The plaintiff suffered for 97 days from 4-20-2017 to 6-20-2017 and 07-18-2017 to 8-21-2017 due to defendant's indifferent actions to the plaintiff.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Mental and physical stress, Violent coughing and breathing problems. Possible long term effects of mesothelioma due to mold/bacteria and poor plumbing.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count I?     ☒ Yes    ☐ No

c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes    ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. was told by jail staff that issue was not gribuable, and was refused form.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: U.S. Constitution, 14th Amendment, adequate provision for housing for pre-trial detainess.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Paul Penzone is responsible because he was the sherriff at the time, Durango Jail is responsible because it happened at Durango Jail, and Maricopa County because Durango Jail is in Maricopa County. The defendants knew the risk and harm they were causing the plaintiff / pre-trial detaince at the time when they refused to provide the plaintiff with cleaning supplies, adequate ventibtion, adequate plumbing required by law. The defendants also served the plaintiff spoiled and cold food constantly in an untimly matter causing plaintiff constant diarrhea, irritible bowl movement and extreme hunger. The defendants acted with malice, recklessness and deliberately indifferent to the plaintiff's U.S. Constitutional rights for pre-trial detainess. The plaintiff had to suffer 97 days from 4-20-2017 to 6-20-2017 and 07-18-2017 to 8-21-2017.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Constant stomach problems, diarrhea, and irritible bowl movement. Constant nauscous and extreme hunger.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was told issue was not grievable and was refused forms.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
   _____.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?               ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

The Plaintiff respectfully prays of this Court to grant relief in monatary damages in the amount of 24,850.00 for the suffering and long term effects the defendants caused the plaintiff in counts 1 and 2 of this complaint plus all legal cost filing fees to include all attorney fees whether represented by counsel or self represented as pro-se litigant, plus any and all other monies this court shall deem proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____6-6-2018____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Inmate Carlos Diaz
ADC # 321103
Arizona State Prison Complex - Yuma - La Paz
Unit La Paz
PO Box 8909
San Luis AZ 85349

Legal Mail

US District Court Clerk
U.S. Courthouse, suite 130
401 W Washington St, SPC 10
Phoenix AZ 85003-2119

RECEIVED
JUN 11 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hasler
06/08/2018
US POSTAGE